NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIPHARMA, LLC,**
*Plaintiff-Cross Appellant,*

v.

**FIRST FRUITS BUSINESS MINISTRY LLC,
FIRST FRUITS BEVERAGE COMPANY LLC,**
AND **ROGER J. CATARINO,**
*Defendants-Appellants,*

AND

**GREG GUSS** AND **DOES 1-100,**
*Defendants.*

---

2013-1646, -1647

---

Appeals from the United States District Court for the Central District of California in No. 12-CV-0404, Judge James V. Selna.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of TriPharma, LLC's motion to withdraw the appeals,

TRIPHARMA, LLC V. FIRST FRUITS BUSINESS MINISTRY          2

IT IS ORDERED THAT:

(1)   The motion is granted.   The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s26

ISSUED AS A MANDATE: November 4, 2013